# EXHIBIT B

ELECTRONICALLY FILED
3/2/2022 4:07 PM
03-CV-2022-000046.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| LENARD WILLIE J,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2022-000046.00 |
| MERRILL JOHN, ALABAMA SECRETARY OF STATE,<br>DAVIS TYNA, CHAIRPERSON OF THE MONTGOMERY COUNTY D,<br>LOVE J.C. III, JUDGE OF PORBATE OF MONTGOMERY COUN,<br>Defendants. | ) | |

**ORDER**

Plaintiff Willie J. Lenard wants to run for Sheriff of Montgomery County, Alabama, and alleges that Ala. Act No. 2020-146, which sets a qualification he does not meet, is unconstitutional. Specifically, Ala. Act No. 2020-146 § 2(a)(6) requires that any candidate for Sheriff in Montgomery County have "at the time of qualifying has three or more years of immediate prior service as a law enforcement officer having the power of arrest." While Mr. Lenard testified at the TRO hearing that he has more than three years of prior law enforcement experience, it is undisputed that he does not meet the requirement that such service be *immediately* before qualifying. He is otherwise qualified.

Upon consideration of the entire record including Mr. Lenard's petition, the briefing, and the arguments of counsel, FINAL JUDGMENT on all claims is now hereby ENTERED against Mr. Lenard and in favor of the Defendants. Costs are taxed as paid.

**DONE this 2nd day of March, 2022.**

**/s/ GREG GRIFFIN**
**CIRCUIT JUDGE**