# EXHIBIT C

Rel: March 21, 2022

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2021-2022

1210370

Willie J. Lenard v. John Merrill, Alabama Secretary of State, and Tyna Davis, Chairperson of the Montgomery County Democratic Executive Committee (Appeal from Montgomery Circuit Court: CV-22-46).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Bolin, Shaw, Bryan, Sellers, Mendheim, Stewart, and Mitchell, JJ., concur.