**EXHIBIT 1**

ACT #2020-146

HB390

203389-3

By Representative Ingram (N & P)

RFD: Montgomery County Legislation

First Read: 05-MAR-20

MAY - 9 2020

ENROLLED, An Act,

Relating to Montgomery County; to provide for the qualifications of the sheriff; and to require completion of continuing education.

BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

Section 1. This act shall only apply in Montgomery County.

Section 2. (a) On or after the effective date of this act, a person qualifying for election to the office of sheriff in the county or any person appointed to serve as a sheriff shall meet all of the following minimum qualifications, in addition to any other qualifications required by law:

(1) The person is a citizen of the United States.

(2) The person has been a resident of the county for at least one year immediately prior to the qualification date.

(3) The person has the qualifications of an elector pursuant to state and federal law and the person has been registered to vote in the county at least one year immediately prior to qualifying.

(4) The person has been awarded a four-year college degree from an accredited university.

(5) The person is 25 years of age or older prior to qualifying.

(6) The person at the time of qualifying has three or more years of immediate prior service as a law enforcement officer having the power of arrest.

(7) The person has never been convicted of a felony.

(b) Upon election, the sheriff of the county shall attend annually a minimum of 12 hours of continuing education approved by the Alabama Sheriffs Association.

Section 3. This act shall become effective immediately following its passage and approval by the Governor, or its otherwise becoming law.

HB390

Mac McCutcheon

Speaker of the House of Representatives

President and Presiding Officer of the Senate

House of Representatives

I hereby certify that the within Act originated in and was passed by the House 07-MAY-20.

Jeff Woodard
Clerk

Senate 09-MAY-20 Passed

APPROVED 5.18.2020

TIME 8:00 am

Kay Ivey
GOVERNOR

Alabama Secretary Of State

Act Num....: 2020-146
Bill Num...: H-390

Recv'd 05/18/20 10:27amKCW

## NAL SIGNATURES OF CO-SPONSORS

______ 80 ______
______ 81 ______
______ 82 ______
______ 83 ______
______ 84 ______
______ 85 ______
______ 86 ______
______ 87 ______
______ 88 ______
______ 89 ______
______ 90 ______
______ 91 ______
______ 92 ______
______ 93 ______
______ 94 ______
______ 95 ______
______ 96 ______
______ 97 ______
______ 98 ______
______ 99 ______
______ 100 ______
______ 101 ______
______ 102 ______
______ 103 ______
______ 104 ______

## HOUSE ACTION (Continued)

**REPORT OF 2ND STANDING COMMITTEE**

This bill having been referred by the House to its standing committee on ______________________ was acted upon by such a committee in session, and returned therefrom to the House with the recommendation that it be

Passed, w/amend(s) ______ w/sub ______

this ______ day of ______________, 20____,

______________________, Chairperson

HOUSE OF REPRESENTATIVES
R. 2-Rfd Cal.
Date ______________
JEFF WOODARD, Clerk

HOUSE OF REPRESENTATIVES
23 R. 3 at length and passed
Yeas [illegible] Nays ______ Abs ______
Date 5-7-20
JEFF WOODARD, Clerk

## SENATE ACTION (Continued)

This bill having been referred to the Committee on Rules pursuant to Senate Rule 23 is reported to the Senate for assignment to the Committee on:

______________________

This ______ day of ______________, 20______

______________________
Signed (Committee Chairperson)

Date: ______________________
Referred
Committee ______________________

DATE: 20__
RE-REFERRED ☐ RE-COMMITTED ☐
Committee ______________________

This Bill was referred to the Standing Committee of the Senate on

______________________

and was acted upon by such Committee in session and is by order of the Committee returned therefrom with a <u>favorable report</u> w/amd(s) ______ w/sub ______ w/eng sub ______ by a vote of

yeas ______ nays ______ abstain ______

this ______ day of ______________ 20______

______________________, Chairperson