IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAHJ AHMAAD VAUGHANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:22cv485-ECM |
| | ) | (wo) |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 7, 2022, this Court issue a Memorandum Opinion and Order ruling on a motion to dismiss filed by Governor Kay Ivey, Attorney General Steve Marshall, and Secretary of State John Merrill in their individual and official capacities. (Doc. 21). The Court dismissed the claims of Plaintiff Tahj Ahmaad Vaughns without prejudice, and gave him until October 28, 2022, to file an amended complaint. No amended complaint has been filed as of the date of this Order.

Accordingly, it is hereby ORDERED that Tahj Ahmaad Vaughans show cause on or before **December 9, 2022** why this case ought not be dismissed for want of prosecution.

DONE this 1st day of December, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE