**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

December 2, 2022

# NOTICE OF DISMISSAL PURSUANT TO RULE 41

To:

| | |
|---|---|
| Julian Lenwood McPhillips , Jr<br>McPhillips Shinbaum, L.L.P.<br>P O Box 64<br>Montgomery, AL 36101 | Kyle David Sawyer<br>McPhillips Shinbaum LLP<br>516 South Perry Street<br>Montgomery, AL 36104 |
| Andrew Reid Harris<br>Alabama Attorney General's Office<br>501 Washington Avenue<br>Montgomery, AL 36130 | Benjamin Matthew Seiss<br>Alabama Attorney General's Office<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| Misty Shawn Fairbanks Messick<br>Office of the Attorney General<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | |

Re: Vaughans v. Ivey et al
2:22-cv-00485-ECM-JTA

Dear Counsel:

Pursuant to the #24 Notice of Voluntary Dismissal filed on December 1, 2022, this case has been closed and removed from the pending docket of this court.

Sincerely,

DEBRA P. HACKETT, CLERK